SUPPRESSED
FILED

FEB 2 7 2013

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. ) |
| DWAYNE DENARD JOHNSON, | ) 4: 13CR00076AGF ) |
| Defendant. | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

Between on or about August 18, 2012 and November 21, 2012, in the Eastern District of Missouri and elsewhere,

**DWAYNE DENARD JOHNSON,**

did knowingly and intentionally embezzle, steal, purloin and convert to his own use money of the United States, to wit: income tax refunds generated by the filing of false tax returns in the names of and using the social security account numbers of other individuals without consent or authorization.

In violation of Title 18, United States Code Sections 641 and 2.

### COUNT TWO

The Grand Jury further charges that:

On or about September 25, 2012, in the Eastern District of Missouri and elsewhere,

**DWAYNE DENARD JOHNSON,**

during and in relation to the offense of theft of government funds as set forth in Count I, did knowingly use without lawful authority, a means of identification of D.J. (SSN xxx-xx-2727), to wit: the name and social security account number of D.J.

In violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT THREE

The Grand Jury further charges that:

On or about November 9, 2012, in the Eastern District of Missouri and elsewhere,

**DWAYNE DENARD JOHNSON,**

during and in relation to the offense of theft of public money in violation of Title 18, United States Code Section 641, did knowingly use without lawful authority, a means of identification of D.J. (SSN xxx-xx-1241), to wit: the name and social security account number of D.J.

In violation of Title 18, United States Code, Section 1028A(a)(1).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
THOMAS C. ALBUS, #46224MO
Assistant United States Attorney